

**SEALED**

DAYLE ELIESON
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: 702-388-6336
FAX: (702) 388-6698
Alexandra.m.michael@usdoj.gov

Plaintiff Attorney for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 18-cr-191-APG-GWF |
| Plaintiff, | UNOPPOSED MOTION TO UNSEAL |
| vs. | |
| RANDY HUMPHREY, | |
| Defendant. | |

THE UNITED STATES OF AMERICA, by and through Dayle Elieson, United States Attorney; and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, hereby moves the Court to unseal Case No. 18-cr-191-APG-GWF. This case was originally sealed because it was submitted to the Court as a criminal information charging document, waiver of indictment and a corresponding guilty plea agreement. The Defendant has now entered a change of plea and the case is set for sentencing. The reason for sealing the case no longer exists. The Government has conferred with defense counsel for the Defendant, Brian Smith, Esq. and he does not oppose this request.

For these reasons, the United States asks the Court to unseal case 18-cr-191-APG-GWF.

DAYLE ELIESON
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 18-cr-191-APG-GWF |
| Plaintiff, ) | ORDER UNSEALING CASE |
| vs. ) | |
| RANDY HUMPHREY, ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above captioned matter shall be unsealed.

Dated: September 10, 2018.

_____
UNITED STATES DISTRICT JUDGE