# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY HUMPHREY,<br><br>Defendant. | Case No. 2:18-cr-00191-APG-GWF<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE CONVICTION AND SENTENCE** |

Defendant Randy Humphrey has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 41. The United States shall respond to the motion, if it has any, no later than January 6, 2020. Humphrey may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 5th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE