**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00191-APG-GWF |
| Plaintiff | **Order Denying Motion to Defer Payment of Restitution and Court Fees** |
| v. | [ECF No. 67] |
| RANDY HUMPHREY, | |
| Defendant | |

Defendant Randy Humphrey filed a motion asking me to defer his payment of fines, court fees, and restitution during his incarceration. ECF No. 67. Humphrey claims he is in lockdown in prison because of COVID-19 and thus unable to work. Also, his family is struggling financially and unable to help him make the required payments. The Government responds that the Bureau of Prisons' information indicates Humphrey may still be working at the prison. ECF No. 69.

Humphrey has not offered sufficient reasons to excuse his payment obligations. Even if he is temporarily not working at the prison due to a COVID-19 lockdown, that lockdown will eventually end. At some point (if not already), Humphrey will be able to resume working. A temporary suspension of work does not justify excusing payment over the remaining years of his incarceration.

I THEREFORE ORDER that the motion to defer payment **(ECF No. 67) is DENIED**

DATED this 29th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE