UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CLARIFICATION ORDER** |
| vs. | |
| Bobby Thompson, | 2:18-cr-0213-APG-EJY |
| and | |
| Randy Humphrey, | 2:18-cr-0191-APG-GWF |
| Defendants. | |

**CLARIFICATION ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgments (Doc. #122 and Doc #56). Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgments. Therefore, good cause appearing,

**IT IS ORDERED** that the defendants shall make Joint and Several Restitution payments to the following victim:

William Hill Sportsbook  $34,163.00 Joint and Severally
444 W. Sunset Road
Henderson, NV 89011

This Order does not reflect any previously made payment. It is for clarification as to the Judgments only.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE